AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

*E-filing*

☐ Petty
☐ Minor
☐ Misde-
      meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

— DEFENDANT - U.S. —

ANDRE MATTHEWS

JUL 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR07-00488** CW

— PROCEEDING —

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   ALICIA FENRICK, AUSA

— DEFENDANT —

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other
charges

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Martinez Detention Facilizy

Has detainer
been filed?   ☐ Yes    If "Yes"
☐ No    give date
filed

DATE OF
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─ OFFENSE CHARGED ─

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

E-filing

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

─ PROCEEDING ─

Name of Complainant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  ALICIA FENRICK, AUSA

─────

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─ DEFENDANT - U.S. ─

▶ TYHESIA BACON

DISTRICT COURT NUMBER

JUL 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**CR07-00488 CW**

─ DEFENDANT ─

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges
   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
_____

Has detainer
been filed?
  ☐ Yes
  ☐ No
If "Yes"
give date
filed _____

**DATE OF
ARREST** ▶
Month/Day/Year
_____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶
Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

DEFENDANT - U.S.    *JUL 2 6 2007*

▶ JERRY GREEN    RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

**CR07-00488** *CW*

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

}  SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ALICIA FENRICK, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges    }    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer    ☐ Yes    If "Yes"
been filed?    ☐ No    }    give date
filed

DATE OF    ▶    Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:    or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:
15 years imprisonment; $250,000 fine; 3 years super-
release; $100 special assessment

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED

─── DEFENDANT - U.S. ───
JUL 26 2007
ALICIA JOHNSON RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DISTRICT COURT NUMBER OAKLAND

CR07-00488 CW

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

}

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM            **SCOTT N. SCHOOLS**
   ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ALICIA FENRICK, AUSA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
      charges               }  ☐ Fed'l  ☐ State

   If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No  }   give date
                           filed

**DATE OF
ARREST**                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**       Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
meaner
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

─── DEFENDANT - U.S. ───

*JUL 2 6 2007*

LEVI ENRIQUEZ

*RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND*

DISTRICT COURT NUMBER

## CR07-00488 *CW*

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.
}

MAGISTRATE
CASE NO.
}

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   ALICIA FENRICK, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer
been filed?
☐ Yes
☐ No
}
if "Yes"
give date
filed

DATE OF
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount:  NO BAIL

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
    ☐ SUPERSEDING

─ OFFENSE CHARGED ─

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

─ PROCEEDING ─
Name of Complaintant Agency, or Person (& Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
    ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM        **SCOTT N. SCHOOLS**
        ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  ALICIA FENRICK, AUSA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─ DEFENDANT - U.S. ─

KENYATA WILLIAMS

DISTRICT COURT NUMBER

**CR07-00488 CW**

*FILED JUL 26 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

─ DEFENDANT ─

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

}  SHOW
   DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ALICIA FENRICK, AUSA

—————— Name of District Court, and/or Judge/Magistrate Location ——————

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

—————— DEFENDANT - U.S. ——————

JUL 2 6 2007

ASHAKI GREEN

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

## CR07-00488 CW

—————— DEFENDANT ——————

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
        charges

}  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No     give date
                        filed

**DATE OF
ARREST**        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**     Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

—————— OFFENSE CHARGED ——————

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

—————— PROCEEDING ——————

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
    Court, give name of court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40.  Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on        SHOW
    motion of:                     DOCKET NO.
    ☐ U.S. Att'y  ☐ Defense  }

☐ this prosecution relates to a
    pending case involving this same
    defendant                      MAGISTRATE

☐ prior proceedings or appearance(s)  CASE NO.
    before U.S. Magistrate regarding
    this defendant were recorded under

Name and Office of Person
Furnishing Information on      SCOTT N. SCHOOLS
    THIS FORM

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
    (if assigned)    ALICIA FENRICK, AUSA

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

*FILED*

—————— DEFENDANT - U.S. ——————

▶ KELVIN ARNOLD

*JUL 2 6 2007*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00488  *CW*

—————— DEFENDANT ——————

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☑  If not detained give date any prior summons
       was served on above charges

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐  On this charge

5) ☐  On another conviction              }
6) ☐  Awaiting trial on other            }   ☐ Fed'l  ☐ State
       charges

    If answer to (6) is "Yes", show name of institution

Has detainer      ☐ Yes    If "Yes"
been filed?       ☐ No      give date
                            filed

**DATE OF**                  Month/Day/Year
**ARREST**        ▶

    Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**           Month/Day/Year
**TO U.S. CUSTODY**   ▶

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount:  NO BAIL

    If Summons, complete following:
    ☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
                                            or warrant needed, since Magistrate has scheduled arraignment
    Defendant Address:

                                            Date/Time:

                                            Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

┌─ OFFENSE CHARGED ─────────────────────

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                    SHOW
                              DOCKET NO.
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)    MAGISTRATE
before U.S. Magistrate regarding        CASE NO.
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**
              ☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ALICIA FENRICK, AUSA

┌─────────────────────────────────────
Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

─ DEFENDANT - U.S. ─

**JUL 2 6 2007**

CORY KAUTZMAN        ~~RICHARD W. WIEKING~~
                     CLERK, U.S. DISTRICT COURT
DISTRICT COURT NUMBER NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND

**CR07-00488** *CW*

┌─── DEFENDANT ───
**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☑ On another conviction            ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other
      charges

If answer to (6) is "Yes", show name of institution

Martinez Detention Facilizy

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     give date
                          filed

**DATE OF**              Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**     Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

┌─── ADDITIONAL INFORMATION OR COMMENTS ───
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount:  NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
    ☐ SUPERSEDING

| OFFENSE CHARGED |  |
|---|---|
| 18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another | ☐ Petty ☐ Minor ☐ Misde-meanor ☑ Felony |

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

*E-filing*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

— DEFENDANT - U.S.

JUL 2 6 2007

▶ DANIELLE REYES

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00488 CW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALICIA FENRICK, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### — ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
                                  ☐ SUPERSEDING

| | |
|---|---|
| **OFFENSE CHARGED** | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

─ **OFFENSE CHARGED** ─

18 U.S.C. § 1028(f) - Conspiracy
to Unlawfully Transfer or Use a
Means of Identification of Another

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:

15 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment

*E-filing*

─ Name of District Court... ─

NORTHERN DISTRICT OF CALIFORNIA

JUL 2 6 2007

── DEFENDANT - U.S.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
BOBBY ALEXANDER NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-0 0488  *CW*

─ **PROCEEDING** ─

Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State
   Court, give name of court

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:              SHOW
   ☐ U.S. Att'y ☐ Defense  DOCKET NO.
☐ this prosecution relates to a
   pending case involving this same
   defendant
☐ prior proceedings or appearance(s)  MAGISTRATE
   before U.S. Magistrate regarding  CASE NO.
   this defendant were recorded under

Name and Office of Person
Furnishing Information on      **SCOTT N. SCHOOLS**
   THIS FORM
                    ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
   (if assigned)      ALICIA FENRICK, AUSA

─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☑ On another conviction

6) ☐ Awaiting trial on other }  ☐ Fed'l ☐ State
      charges

   If answer to (6) is "Yes", show name of institution

   Martinez Detention Facility

Has detainer    ☐ Yes }  If "Yes"
been filed?     ☐ No      give date
                          filed

**DATE OF**        Month/Day/Year
**ARREST**

   Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**   Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

VENUE: OAKLAND

CR07-00488 CW

UNITED STATES OF AMERICA,

V.

ANDRE MATTHEWS, TYHESIA BACON,
JERRY GREEN, ALICIA JOHNSON,
LEVI ENRIQUEZ, KENYATA WILLIAMS,
ASHAKI GREEN, KELVIN ARNOLD,
CORY KAUTZMAN, DANIELLE REYES, and
BOBBY ALEXANDER,

E-filing

**FILED**

JUL 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

# INDICTMENT

18 U.S.C. § 1028(f) - Conspiracy to Unlawfully
Transfer or Use a Means of Identification of Another

A true bill.

_____
Foreman

Filed in open court this 26th day of
July 2007

_____
Clerk

Bail $ No bail arrest warrants for
each + all
defendants.

Wayne D. Brazil

7-26-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

**FILED**

JUL 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR07-00488    CW

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | VIOLATIONS: 18 U.S.C. § 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another |
| | ) | |
| ANDRE MATTHEWS, | ) | |
| TYHESIA BACON, | ) | OAKLAND VENUE |
| JERRY GREEN, | ) | |
| ALICIA JOHNSON, | ) | |
| LEVI ENRIQUEZ, | ) | |
| KENYATA WILLIAMS, | ) | |
| ASHAKI GREEN, | ) | |
| KELVIN ARNOLD, | ) | |
| CORY KAUTZMAN, | ) | |
| DANIELLE REYES, and | ) | |
| BOBBY ALEXANDER | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this Indictment:

1. Defendant ANDRE MATTHEWS resided in Antioch, California. He was the "owner" of "The BIZZ" and "Dangerous Krew," which were successive and overlapping fictitious business

1 | names given to groups of individuals working together to generate income by means of identity
2 | theft and access device fraud.

3 |    2.  Defendants TYHESIA BACON and KELVIN ARNOLD resided in San Francisco,
4 | California and Pittsburgh, California, respectively, and were co-owners of "The BIZZ."

5 |    3.  Defendant KENYATTA WILLIAMS resided in Antioch, California and was the
6 | "President/Sales Executive" of the "The BIZZ." and was also affiliated with "Dangerous Krew."

7 |    4.  Defendant ASHAKI GREEN resided in Brentwood, California and was the
8 | "Administrative Chairman/ President" of "The BIZZ."

9 |    5.  Defendant JERRY GREEN resided in Antioch, California and was affiliated with "The
10 | BIZZ."

11 |    6.  Defendant LEVI ENRIQUEZ, resided in Antioch, California and was affiliated with
12 | "Dangerous Krew."

13 |    7.  Defendant ALICIA JOHNSON resided in Antioch, California and was affiliated with
14 | "Dangerous Krew."

15 |    8.  Defendant BOBBY ALEXANDER resided in Antioch, California and was affiliated with
16 | "The BIZZ"

17 |    9.  Defendants DANIELLE REYES and CORY KAUTZMAN resided in Antioch,
18 | California.

19 | THE CONSPIRACY

20 | 10. Beginning on a date unknown to the Grand Jury but no later than April, 2006, to and
21 | including May, 2007, in the State and Northern District of California and elsewhere, the
22 | defendants,

ANDRE MATTHEWS,<br>
TYHESIA BACON,<br>
JERRY GREEN,<br>
ALICIA JOHNSON,<br>
LEVI ENRIQUEZ,<br>
KENYATA WILLIAMS,<br>
ASHAKI GREEN,<br>
KELVIN ARNOLD,<br>
CORY KAUTZMAN,<br>
DANIELLE REYES, and<br>
BOBBY ALEXANDER

2

1   did conspire to knowingly transfer and use, without lawful authority and in and affecting

2   interstate commerce, a means of identification of another person with the intent to commit, to

3   aid, and to abet, any unlawful activity that constitutes a violation of Federal law and that

4   constitutes a felony under an applicable State law, in viiolation of 18 U.S.C. § 1028(a)(7).

5       11. As a result of this offense, the defendants obtained something of value aggregating

6   $1,000 or more during a one-year period beginning on or about May, 2006, and ending on or

7   about May, 2007.

8                          MANNER AND MEANS OF THE CONSPIRACY

9       12. The manner and means by which the conspiracy was sought to be accomplished

10  included, among others, the following:

11      13. Defendants collaborated to create "companies" which they entitled "The BIZZ," and

12  "Dangerous Krew." Through these companies, defendants established protocols, methodologies

13  and procedures for obtaining merchandise and services using the identities and credit of

14  unsuspecting victims. Defendants obtained individuals' true social security numbers and other

15  personal information from several different sources, including but not limited to the following:

16      a.      credit applications from car dealerships throughout California; and

17      b.      credit applications from mortgage companies throughout California.

18      14. Per the "Process and Procedures" established for "The BIZZ" and "Dangerous Krew,"

19  defendants opened credit card accounts and merchant accounts and added themselves as

20  authorized users on victims existing accounts, using stolen social security numbers and other

21  personal information. Defendants used these accounts to order merchandise and services for

22  "The BIZZ," and "Dangerous Krew."

23      15. Defendants often used their own home addresses as well as the addresses of their relatives

24  and associates on the account applications and to receive mail and merchandise related to the

25  accounts.

26      16. Defendants retained the fraudulently obtained merchandise for themselves or stored it as

27  inventory for "The BIZZ" and "Dangerous Krew" to be used for resale and gifts to friends and

28  family.

3

OVERT ACTS

17. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts were committed in the Northern District of California and elsewhere:

ESTABLISHMENT OF "The BIZZ" AND "DANGEROUS KREW."

a.  Beginning on a date unknown to the Grand Jury but no later than April, 2006 and continuing to May, 2007, ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN and KENYATTA WILLIAMS established "The BIZZ" and designated themselves as officers of this fictitious company. They drafted an organization chart, business cards and a Process and Procedures guide outlining steps to take to open credit accounts using the names, social security numbers, drivers license numbers and other personal identifying information of unsuspecting individuals whose identities had been compromised.

b.  During the same time period ANDRE MATTHEWS, KENYATA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON created a similar, overlapping organization called "Dangerous Krew" with a similar Process and Procedure guide and business cards depicting "Dangerous Krew" currency.

c.  Beginning on a date unknown to the Grand Jury, defendants ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON  acquired personal identifying information of unsuspecting individuals and created extensive profiles of individuals which often included social security numbers, dates of birth, driver's license numbers, mother's maiden names, employment and income information and address and telephone information.

d   Beginning on a date unknown to the Grand Jury but no later than April 2006 and continuing to May, 2007,  ANDRE MATTHEWS, TYHESIA BACON, KELVIN ARNOLD, ASHAKI GREEN, KENYATTA WILLIAMS, LEVI ENRIQUEZ and ALICIA JOHNSON used the profiles created to open unauthorized credit accounts in the victims names and add unauthorized users to the victims existing credit accounts at the following retailers: Abercrombie & Fitch, Pottery Barn, Victoria's Secret, Pacsun, Lane Bryant, Eddie Bauer, Buckles, J. Crew, Spiegel, Newport News, Pier 1 Imports, Dell Financial, Staples, Target, Circuit City, Macys,

4

1   American Eagle, Home Depot, Lowes, Gottschalk's, Best Buys, Zales, Sprint and

2   Overstock.com.

3       e.  On or about May 12, 2006, BOBBY ALEXANDER, using a fraudulent California

4   driver's license to impersonate victim Eric P., obtained three Sprint/Nextel cellular phones.  One

5   of the phones he purchased, bearing phone number (925) 584-7293, was listed as the "home

6   phone number" on over 50 fraudulently opened merchant accounts and used as the personal

7   cellular telephone of ANDRE MATTHEWS.

8       f.   Beginning on a date unknown but no later than December, 2005 and continuing to July,

9   2006, JERRY GREEN obtained at least six (6)  fraudulent California driver's licenses in at least

10  six (6) victim's names that bore his likeness.  Between December, 2005 and July, 2006, JERRY

11  GREEN opened at least 20 unauthorized accounts in those victims names and made purchases

12  totaling over $8000.

13      g.  On or about February 14, 2007 an on-line account was opened at Lowes in the name of

14  Victor S. without his knowledge or permission.  On February 18, 2007 a telephone order was

15  placed for approximately $1080 worth of merchandise using the newly opened account.  On or

16  about February 19, 2007, LEVI ENRIQUEZ and ANDRE MATTHEWS arrived at Lowes

17  located at 1951 Auto Center Drive in Antioch, California and picked up the merchandise ordered

18  the preceding day.

19      h.  On or about May 20, 2007, an on-line account was opened at Victoria Secret in the name

20  of victim Julie C. and ALICIA JOHNSON was added as an authorized user on the account.

21  Continuing on the same date, ALICIA JOHNSON entered the Sun Valley Mall branch of

22  Victoria Secret and purchased merchandise in the amount of $497.95 using the newly opened

23  account.  Between on or about February 26, 2007 and May 20, 2007 ALICIA JOHNSON was

24  added as an authorized user on approximately 118 victim accounts.

25      i.   On or about May 26, 2007 an on-line account was opened at Victoria Secret in the name

26  of vicim James M. and CORY KAUTZMAN was added as an authorized user on the account.

27  On or about May 30, 2007, CORY KAUTZMAN and DANIELLE REYES entered the Victoria

28  Secret branch located at 2556 Sommersville Road in Antioch, California and purchased

                                        5

1    merchandise in the amount of $487.67 using the newly opened account.

2        j.    On or about May 14, 2007, a Chase Overstock.com Visa account was opened on-line in

3    the name of Kalvin K and victim William W. was added as an authorized user.  On or about May

4    28, 2007, ANDRE MATTHEWS, presented a fraudulent California Driver's license in the name

5    of victim William W. bearing MATTHEW'S likeness and a Visa credit card in William W.'s

6    name but associated with victim Kalvin K.'s newly opened Chase Overstock.com account to the

7    Best Western Hotel clerk located at 3210 Delta Fair Blvd, Antioch, California for check-in. With

8    these identification documents, ANDRE MATTHEWS checked himself into room 104 and

9    checked  CORY KAUTZMAN into room 207.  Thereafter, with these same documents, on or

10   about May 30, 2007, ANDRE MATTHEWS, along with CORY KAUTZMAN and DANIELLE

11   REYES, moved into room 124.  On or about May 31, 2007, ANDRE MATTHEWS, CORY

12   KAUTZMAN and DANIELLE REYES continued the creation of victim profiles by downloading

13   credit reports of multiple victims from various credit reporting agencies and having them sent as

14   text files to printers located in room 124.

15       All in violation of Title 18 United States Code, Section 1028(f).

16   DATED:                                                    A TRUE BILL.

17        July 24, 2007

18                                                             FOREPERSON

19   SCOTT N. SCHOOLS
     United States Attorney

20

21
     STEPHEN CORRIGAN

22   Acting Chief, Oakland Office

23
     (Approved as to form:                              )

24                          AUSA FENRICK

25

26

27

28

6