```
1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   KESLIE STEWART (184090)
    Assistant United States Attorney
5
    H.H. (SHASHI) KEWALRAMANI (TXSBN 796879)
6   Assistant United States Attorney

7        1301 Clay Street, Suite 340S
         Oakland, California 94612
8        Telephone: (510) 637-3709
         FAX: (510) 637-3724
9
    Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 07-00488 CW |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| ANDRE MATTHEWS, et al., | |
| Defendant. | |

Please take notice that as of August 21, 2007, the Assistant U.S. Attorneys whose names, address and telephone numbers are listed below will be counsel for the government.

///

///

///

| | |
|---|---|
| 1 | Assistant U.S. Attorney KESLIE STEWART and |
| 2 | Assistant U.S. Attorney SHASHI KEWALRAMANI |
| | 1301 Clay Street, Suite 340S |
| | Oakland, CA 94612 |
| 3 | Telephone: (510) 637-3680 |

4   DATED: August 21, 2007                  Respectfully submitted,

5                                           SCOTT N. SCHOOLS
                                            United States Attorney
6
                                            _____/S/_____
7                                           KESLIE STEWART
                                            Assistant United States Attorney
8

9
    DATED: August 21, 2007                  Respectfully submitted,
10
                                            SCOTT N. SCHOOLS
11                                          United States Attorney

12                                          _____/S/_____
                                            H.H. (SHASHI) KEWALRAMANI
13                                          Assistant United States Attorney

14

15  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (/S/) within this e-filed document.
16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS - [CR 07-0048 CW ]