| DOCUMENTS UNDER SEAL ☐ | ** AMENDED ** | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR 8/30/07 10:02:50-10:07:38 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>8/30/07 | NEW CASE<br>☐ | CASE NUMBER<br>CR-07-00488-CW |

### APPEARANCES

| DEFENDANT<br>JERRY GREEN<br>TYHESIA BACON | AGE | CUST<br>NO<br>NO | P/NP<br>P<br>P | ATTORNEY FOR DEFENDANT<br>Gerard Hinckley for Michael Hinckley<br>Richard Tamor | PD ☐ RET. ☐<br>APPT. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Keslie Stewart | INTERPRETER<br>None | | | ☒ FIN. AFFT SUBMITTED BY BOTH DEFTS. | ☒ COUNSEL APPT'D FOR BOTH DEFTS |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | BOTH DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT ☐ OF CJA FEES |

**AS TO BOTH DEFTS: PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)**

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☒ APPOINT COUNSEL<br>time 2 Mins HELD | ☒ ARRAIGNMENT<br>time 3 Mins HELD | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ ~~SUPPL REL~~ HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

FILED
AUG 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### BOTH DEFTS: ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### BY BOTH DEFTS: PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### AS TO BOTH DEFTS: CONTINUANCE

| TO:<br>9/5/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT:<br>2:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>CLAUDIA WILKEN | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY BOTH DEFTS. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 9/5/07 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

ADDITIONAL PROCEEDINGS

The govt's atty. told Court that there's relatively voluminous discovery in this case and the govt's atty. will try her best to provide the discovery to the defts. prior to the 9/5/07 hearing.
Pret. Svcs. informed the Court that deft. Tyhesia Bacon tested positive for cocaine & marijuana and deft. Jerry Green tested positive for cocaine. The Court told both defts. that the level of the drugs in their system should be decreasing by now from their last use. The Court admonished both defts. that they must abstain from any new use of any narcotic/controlled substance.

cc: WDB's Stats, Sheilah, Pretrial