SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3709
    Facsimile: (510) 637-3724
    Email: Keslie.Stewart@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00488 CW |
|     Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL AS TO DEFENDANT JERRY GREEN ONLY |
| ANDRE MATTHEWS, et al., ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the charges in the

///

///

///

///

///

NOTICE OF DISMISSAL
AS TO JERRY GREEN ONLY
CR 07-00488 CW

1  Indictment only against Jerry Green, a deceased defendant.  This motion does not seek dismissal
2  of any charges against the remaining co-defendants.
3
4  DATED:       October 15, 2007                    Respectfully submitted,

   SCOTT N. SCHOOLS
   United States Attorney

   /s/ Keslie Stewart

   KESLIE STEWART
   Assistant United States Attorney

NOTICE OF DISMISSAL
AS TO JERRY GREEN ONLY
CR 07-00488 CW

1  LEAVE TO DISMISS CHARGES AGAINST DEFENDANT JERRY GREEN IS
2  GRANTED IN THE MATTER OF THE UNITED STATES V. ANDRE MATTHEWS, ET
3  AL. THIS ORDER DOES NOT AFFECT THE CHARGES AGAINST THE
4  REMAINING CO-DEFENDANTS.

6  DATED:    October ____, 2007

   _____
   CLAUDIA WILKEN
   United States Magistrate Judge

NOTICE OF DISMISSAL
CR 07-00488 CW