1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-07-00488 CW
                                      )
12 |            Plaintiff,            )   **AMENDED STIPULATION AND**
                                      )   **ORDER CONTINUING STATUS**
13 | vs.                              )   **HEARING**
                                      )
14 | ANDRE MATTHEWS, et al.           )   Hearing Date: November 28, 2007
                                      )   Requested Date: January 9, 2008
15 |            Defendant.            )
   |_____ )
16

17
        It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued
18
   to January 9, 2008 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be
19
   excluded between November 28, 2007 until January 9, 2008 due to the ongoing investigation by
20
   defense counsel. Two new defense counsel have very recently joined this case. It appears that
21
   all defendants are now present, but the new counsel have had very little time to review the
22
   discovery. Approximately 4000 pages of discovery have been produced to defense counsel in
23
   electronic form. This electronic discovery has been converted to OCR searchable form by
24
   defense counsel and distributed to all defense counsel. Seven CD-ROM's of discovery recently
25
   received have not been reviewed. Calculation of loss value exposure will be a complicated
26

1  process in this case and is ongoing. The parties understand the court's preference for setting of
2  motions by stipulation; however, the parties are not in a position to assess the time needed for
3  discovery review or motions preparation. If possible, the parties will propose a motions schedule
4  by stipulation prior to the requested next appearance.
5      The parties agree that the ends of justice served by the continuance requested herein
6  outweigh the best interest of the public and the defendant in a speedy trial because the failure to
7  grant the continuance would deny the counsel for the defendant the reasonable time necessary
8  for effective preparation, taking into account the exercise of due diligence. Time should
9  therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11  11-27-07                                        /s/
    Date                                           John Paul Reichmuth
12                                                   Assistant Federal Public Defenders
                                                  Counsel for defendant Johnson
13

14
    11-27-07                                       /s/
15 Date                                              Richard Tamor
                                                  Counsel for defendant Bacon
16

17  11-27-07                                        /s/
    Date                                           Garrick Lew
18                                                   Counsel for defendant Alexander

19  11-27-07                                        /s/
    Date                                           Gail Shifman
20                                                   Counsel for defendant Kautzman

21
    11-27-07                                       /s/
22 Date                                              John Hemann
                                                  Counsel for defendant Matthews
23
    11-27-07                                       /s/
24
    Date                                           Laura Robinson
25                                                   Counsel for defendant Enriquez

26

Stip to Continue, 07-00488 CW                          2

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Mark Goldrosen |
| | | Counsel for defendant Reyes |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Seth Chazin |
| | | Counsel for defendant Williams |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Ismail Ramsey |
| | | Counsel for defendant Arnold |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Diana Weiss |
| | | Counsel for defendant Green |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | H.H. "Shashi" Kewalramani |
| | | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

1  Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
2  November 28, 2007 at 2:00 p.m. be continued to January 9, 2008 and that time be excluded from
3  November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).
4  IT IS SO ORDERED.

6  11/27/07                                  *Claudia Wilken* (signature)

   Date                                      Hon. Claudia Wilken
                                             United States District Judge