1  GAIL SHIFMAN
   Shifman Group, Attorneys
2  44 Montgomery Street, Ste. 3850
   San Francisco, CA 94104
3  Tel: (415) 551-1500
   Fax: (415) 551-1502
4

5  Attorneys for Defendant
   CORY KAUTZMAN
6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8                           --oOo--
   UNITED STATES OF AMERICA,          CASE NO. CR 07-0488 CW
9
                    Plaintiff,
10                                     STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING SENTENCING
       vs.                             HEARING DATE
11
   CORY KAUTZMAN,
12
                    Defendants.
13
   _____/
14

15     The parties hereby stipulate that the sentencing hearing

16 date of July 23, 2008 shall be vacated and continued until August

17 13, 2008 at 2:00 p.m.

18 Dated: July 22, 2808              Dated: July 22, 2008

19     /S/                               /s/  (w/consent)
   _____    _____
20 GAIL SHIFMAN                       KESLIE STEWART
   Attorney for Defendant            Assistant U.S. Attorney
21 CORY KAUTZMAN

22
   IT IS SO ORDERED.
23
   Dated: July _____, 2008
24                                    _____
                                      CLAUDIA WILKEN
25                                    DISTRICT COURT JUDGE

26

27

28

                                                                    1